UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHALRES DIVISION

| | |
|---|---|
| PAUL SWARTZ<br>KATHLEEN SWARTZ | CIVIL ACTION NO. 07-1721 |
| VS. | JUDGE HAIK |
| ALLSTATE INDEMNITY CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiffs claim that their home suffered damage, including structural damage, as a result of Hurricane Rita and that Allstate owes them their cost to restore the home to its pre-storm condition. Plaintiffs provided Allstate with an estimate to remove and replace all storm damage to their home in the amount of $183,000.00 which was rejected by Allstate. Plaintiffs then submitted a repair estimate for $67,400.00 which covered known damage but did not take into account potential structural damage. Allstate set the net claim at $24,185.65, making clear that no additional adjustments would be made. Plaintiffs used the funds received to repair the roof and other areas of the home but claim that this work may need to be redone "in the event of structural damage" to insure that the home is returned to its pre-storm condition.

In addition to contractual benefits, plaintiffs seek statutory penalties, damages, attorney fees and costs under La. R.S. 22:658 and/or La. R.S. 22:1220 and general damages for stress, mental anguish and emotional distress and increased property damage due to defendant's failure to properly advance funds for structural repair to their home.

2

Considering the foregoing, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana, on November 16, 2007.

*[signature]*

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)